UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEVEN KIRTMAN, Individually and as the
Representative of a class of similarly situated persons,

                                                                                          Case No. 16-cv-06102-JS-AKT

                        Plaintiff,

              - against -

PROFESSIONAL CLEANING PEOPLE, INC.,
FRANK COMMISSO, and JOHN DOES 1-10,

                        Defendant.
----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

        STEVEN KIRTMAN, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against PROFESSIONAL CLEANING PEOPLE, INC., FRANK COMMISSO, and JOHN DOES 1-10.  No Answer has been filed in this case.

Dated: Brooklyn, New York
        January 13, 2017

                                                SHAKED LAW GROUP, P.C.
                                                Attorneys for Plaintiff
                                          By _____
                                              Dan Shaked (DS-3331)
                                              44 Court St., Suite 1217
                                              Brooklyn, NY 11201
                                              Tel. (917) 373-9128
                                              Fax (718) 504-7555
                                              e-mail: ShakedLawGroup@gmail.com