UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEVEN KIRTMAN, Individually and as the
Representative of a class of similarly situated persons,

                                    Case No. 16-cv-06102-JS-AKT

              Plaintiff,

            - against -

PROFESSIONAL CLEANING PEOPLE, INC.,
FRANK COMMISSO, and JOHN DOES 1-10,

              Defendant.
-------------------------------------------------------------X

## ORDER
## NOTICE OF VOLUNTARY DISMISSAL

        STEVEN KIRTMAN, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against PROFESSIONAL CLEANING PEOPLE, INC., FRANK COMMISSO, and JOHN DOES 1-10. No Answer has been filed in this case.

Dated: Brooklyn, New York
       January 13, 2017

                                        SHAKED LAW GROUP, P.C.
                                        Attorneys for Plaintiff

                                        By /s/ Dan Shaked
                                        Dan Shaked (DS-3331)
                                        44 Court St., Suite 1217
                                        Brooklyn, NY 11201
                                        Tel. (917) 373-9128
                                        Fax (718) 504-7555
                                        e-mail: ShakedLawGroup@gmail.com

The Clerk of the Court is directed to mark this case CLOSED

SO ORDERED:
/s/ JOANNA SEYBERT
_____
Joanna Seybert, USDJ
Dated: Jan. 27, 2017
     Central Islip, NY